## Commonwealth ex rel. Craig, Appellant, v. Banmiller.

Submitted September 10, 1962. Before Rhodes, P. J., Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ.

*Harry Craig,* appellant, in propria persona.

*John R. Graham,* Assistant District Attorney, *Ralph B. D'Iorio,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

OPINION PER CURIAM, November 15, 1962:

The order of the court below is affirmed on the opinion of Judge HENRY G. SWENEY, President Judge of the Court of Common Pleas of Delaware County, as reported in 28 Pa. D. & C. 2d 347. Also see *Commonwealth ex rel. Thomas v. Maroney,* 198 Pa. Superior Ct. 118, 181 A. 2d 862[1] (1962).